IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RAYMOND BERNARD THOMAS,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:12-CV-139 (CAR) |
| : | |
| **CHASE SMITH,** : | |
| : | |
| Defendant. : | |

ORDER ON THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] that this Court grant Defendant's Motion to Dismiss the present action for Plaintiff's failure to exhaust his administrative remedies. Plaintiff has filed no objection to the Recommendation. Having considered this matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge [Doc. 17] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant's Motion to Dismiss [Doc. 11] is hereby **GRANTED**, and Plaintiff's claims are hereby **DISMISSED without prejudice**.

**SO ORDERED**, this 9th day of January, 2013.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH